IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALAINE WOODS**                                                                 **PLAINTIFF**

V.                                **NO. 3:20-CV-00321-JTK**

**COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 4th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE